UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5217 MWF (GJSx)**                    Date:  August 18, 2021

Title       **Portia Mason v. Nature Republic International, LLC, et al.**

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 25, 2021.  (Docket No. 1).  On July 13, 2021, Plaintiff filed a Proof of Service ("POS") reflecting service of the Summons, Complaint, Notice to Parties: ADA Disability Access Litigation, and other case initiating documents on July 6, 2021. (Docket No. 10).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 3, 2021**.

■  BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendant Nature Republic International, LLC.

OR

■  BY PLAINTIFF:  AN APPLICATION FOR CLERK TO ENTER DEFAULT for Defendant Nature Republic International, LLC, who has not timely responded to the Complaint or filed an ADA Application.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5217 MWF (GJSx)**                           Date:  August 18, 2021

Title       **Portia Mason v. Nature Republic International, LLC, et al.**

submitted upon the filing of the response to the Order to Show Cause.  Failure to
respond to the Order to Show Cause on or before **September 3, 2021** will result in
the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm